FILED

09 SEP -1 PM 12:55

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 225 MISC

Susan Replogle Kelley - #153469

_____/

## ORDER TO SHOW CAUSE

It appearing that Susan Replogle Kelley has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Susan Replogle Kelley
LawRoom
1277 Treat Blvd, Suite 620
Walnut Creek, CA 94597