FILED

NOV 18 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-09-80225 MISC VRW

Susan Replogle Kelley,
                                     ORDER
    State Bar No 153469
_____/

     On September 1, 2009, the court issued an order to show cause (OSC) why Susan Replogle Kelley should not be removed from the roll of attorneys authorized to practice law before this court, based upon her inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009.

     The OSC was mailed to Ms. Replogle Kelley's address of record with the State Bar on September 2, 2009. A written response was due on or before October 1, 2009. No response to the OSC has been filed as of this date.

     The court now orders Susan Replogle Kelley removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

     IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Susan R. Kelley,

_____/

Case Number: CV-09-80225   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan R. Kelley
699 Camino Ricardo
Morage, CA 94556

Dated: November 18, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*